# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>    Plaintiff,<br><br> v.<br><br>HUBBARD, et. al.,<br><br>    Defendants.<br>_____/ | CV F   04 6769 AWI SMS P<br><br>ORDER DENYING MOTION FOR<br>APPOINTMENT OF COUNSEL (Doc.  8-2) |

  Lafayette Cade ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On July 19, 2005, Plaintiff filed a pleading titled "Plaintiff's Complaint for Temporary Restraining Order."  In this document, Plaintiff complains that his efforts to petition the government for grievances is being obstructed by Defendants.  At the end of the document, Plaintiff also requests the appointment of counsel and the document was therefore, also docketed as a Motion for Appointment of Counsel.

  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court</u>

for the Southern District of Iowa, 490 U.S. 296 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.

In the present case, the Court has not yet conducted a preliminary screening of the Complaint and thus, does not find the required exceptional circumstances. This court is faced with similar cases almost daily. Therefore, Plaintiff's request for the appointment of counsel must be denied.

In accordance with the above, it is HEREBY ORDERED that Plaintiff's request for the appointment of counsel, filed July 19, 2003, is DENIED.

IT IS SO ORDERED.

**Dated:   July 26, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE