1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7

LAFAYETTE CADE,                              CV F   04 6769 AWI SMS P

8                              Plaintiff,

9        v.                                  ORDER DENYING MOTION FOR WRIT AD
                                             TESTIFICANDUM (Doc. #9)

10

HUBBARD, et. al.,

11
                         Defendants.

12  _____/

13

14        Lafayette Cade ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

15  in this civil rights action filed pursuant to 42 U.S.C. § 1983.

        On July 25, 2005, Plaintiff filed a pleading titled "Motion for Writ Ad Testificandum" in
16
which requests that Defendant's produce Plaintiff for personal appearances at any hearings
17
scheduled by the Court.
18
        Plaintiff's request is unnecessary.  If and when the Court schedules a hearing, it will, sua
19
sponte, direct the Defendants to arrange for Plaintiff's participation in the hearing, be it by
20
telephone or in person.  Formal motions requesting action by the Court that the Court will
21
ordinarily take are unnecessary and serve only to delay the case.  Accordingly, Plaintiff's request
22
for a Writ is DENIED.
23
IT IS SO ORDERED.
24
**Dated:    July 27, 2005**              **_____/s/ Lawrence J. O'Neill_____**
25  b9ed48                               UNITED STATES MAGISTRATE JUDGE

26

27

28

1