# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUBBARD, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F　04 6769 AWI SMS P<br><br>ORDER DENYING MOTION FOR COURT ORDER DIRECTING CLERK TO PROVIDE COMPLAINT AND SUMMONS (Doc. 16.) |

　　Lafayette Cade ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On August 9, 2005, Plaintiff filed a Motion for the Court to Direct the Clerk of Court to provide him with a copy of his complaint and copies of the complaint and summons for service on Defendants.

　　The court has reviewed the record and finds that the case is not procedurally ripe for service. The Court is required to first screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). If the Court determines that the complaint sufficiently states a claim

for relief, the Court will then provide Plaintiff with the necessary forms to complete in order to have the U.S. Marshal serve Defendants on behalf of Plaintiff. Until such time as the Court screens the complaint, however, any request for documents to effect service is or request to serve the complaint is premature. Plaintiff's motion will be DENIED.

The Court notes that plaintiff wishes to have his case proceed expeditiously. However, the Court has pending before it hundreds of cases similar to plaintiffs. Generally, the Court proceeds with the cases in the order they are filed. In light of this heavy caseload, screening of the case may take some time. The Court requests Plaintiff's patience and that he be assured that the case has not been forgotten. The court will screen Plaintiff's case in due course.[1]

Accordingly, the court HEREBY ORDERS:

1.  The Motion for Court to Direct Clerk of Court to forward the complaint, copies of the complaint and summons to Plaintiff is DENIED.

IT IS SO ORDERED.

**Dated:   August 21, 2005**           /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff has filed a similar motion in another action he has filed in this Court, Cade v. Hubbard, et. al., 05 cv 834 AWI LJO P. As in this case, that motion seeking a complaint and summons is premature.