UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE, | 1:04-cv-06769-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| vs. | Docs. 11 & 13) |
| HUBBARD, et al., | |
| Defendants. | |

Plaintiff, Lafayette Cade ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 27 and 28, 2005, the Magistrate Judge issued Findings and Recommendations which were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed July 27 and 28, 2005, are ADOPTED IN FULL; and,

2.   Plaintiff's motions for a temporary restraining order, filed July 19, 2005, and July 25, 2005, are DENIED, as PREMATURE.

The action is referred back to the Magistrate Judge for further proceedings.     IT IS SO ORDERED.

**Dated:   September 1, 2005**                **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE

2